REED SMITH LLP
A limited liability partnership formed in the State of Delaware

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARMA WOODS,<br><br>        Plaintiff,<br><br>vs.<br><br>DAVOL, INC.; BARD DEVICES, INC.; C.R. BARD; and DOES 1-10, inclusive,<br><br>        Defendants. | Case No.: 2:16-cv-02616-KJM(CKD)<br><br>**[PROPOSED] ORDER GRANTING JOINT REQUEST FOR A STAY OF PROCEEDINGS**<br><br>Complaint Filed: November 2, 2016<br>FAC Filed: November 23, 2016<br><br>Honorable Kimberly J. Mueller |

# ORDER

After full consideration of the joint request submitted by Plaintiff Carma Woods and Defendants Davol Inc., C. R. Bard, Inc., and Bard Devices, Inc. (collectively, "Defendants"), to stay the proceedings in this case, including Defendants' time to respond to the First Amended Complaint, and noting the parties' representation that they have reached a settlement subject to clarifying details related to a Medicare lien,

**IT IS ORDERED THAT:**

This case, and any deadlines, including the Defendants' deadline to respond to the Second Amended Complaint, are extended to October 22, 2017.

**IT IS SO ORDERED.**

DATED: August 14, 2017.

_____
UNITED STATES DISTRICT JUDGE